NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM F. HOLDNER, DBA Holdner Farms, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> KATY COBA, Director of the Oregon Department of Agriculture, in her individual and official capacity; DICK PEDERSON, Director of the Oregon Department of Environmental Quality, in his individual and his official capacity, <br><br> Defendants-Appellees. | No.　18-35605 <br><br> D.C. No. 3:15-cv-02039-AC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
John V. Acosta, Magistrate Judge, Presiding[**]

Submitted April 17, 2019[***]

Before:　McKEOWN, BYBEE, and OWENS, Circuit Judges.

---

[*]　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c).

[***]　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

William F. Holdner, DBA Holdner Farms, appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action arising from the alleged improper regulation of Holdner's former cattle ranch. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's compliance with a mandate. *United States v. Kellington*, 217 F.3d 1084, 1092 (9th Cir. 2000). We affirm.

We previously remanded this case to the district court for it to dismiss Holdner's action without prejudice. *Holdner v. Coba*, 693 F. App'x 613 (9th Cir. July 6, 2017). Under the rule of mandate, the district court lacked authority to consider any other arguments raised by Holdner. *See Stacy v. Colvin*, 825 F.3d 563, 568 (9th Cir. 2016). Holdner repeats these other arguments in this appeal, but our prior ruling constitutes the law of the case. *See id.* at 567.

**AFFIRMED.**